Case: 1:25-cv-09907 Document #: 12-1 Filed: 09/19/25 Page 1 of 12 PageID #:7
Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard in person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https://www.cookcountycourt,org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: 7/23/2025 10:00 AM

FILED
5/22/2025 5:09 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L006694
Calendar, B
32833559

FILED DATE: 5/22/2025 5:09 PM   2025L006694

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | |
|---|---|
| **KARYNA LARCHANKA** | ) |
| Plaintiffs, | ) |
| | ) Cause No.: 2025L006694 |
| v. | ) |
| | ) Division: |
| **1501 BUSCH PARKWAY, LLC.** | ) |
| | ) **JURY TRIAL DEMANDED** |
| Serve: Serge Biberman | ) |
| 2 Northfield PLZ STE 201 | ) |
| Northfield, IL 60093-1217 | ) |
| | ) |
| and | ) |
| | ) |
| **SKY FITNESS CAFE, INC.** | ) |
| | ) |
| Serve: Serge Biberman | ) |
| 2 Northfield PLZ STE 201 | ) |
| Northfield, IL 60093-1217 | ) For updated information about your case, including hearings, subsequent filings and other case information, please visit our Online Case Search and search for your case: https://casesearch.cookcountyclerkofcourt.org |
| **Defendants.** | ) |

## COMPLAINT

COMES NOW, Plaintiff Karyna Larchanka ("Plaintiff"), by and through her undersigned counsel, David A. Nester, of Morgan & Morgan, P.A., and for her Complaint against Defendants, 1501 Busch Parkway, LLC. and Sky Fitness Cafe, Inc., (collectively "Defendants"), states to the Court as follows:

**PARTIES, JURISDICTION, AND VENUE**

1. At all times material hereto, Plaintiff, Karyna Larchanka, is an individual who at the time of the incident, resided in Cook County, Illinois.

2. At all times material hereto, Defendant, 1501 Busch Parkway, LLC., (hereinafter "Busch Parkway") ran a business at 1501 Busch Parkway, Cook County, Illinois.

1

3. At all times material hereto, Defendant, Sky Fitness Cafe, Inc., (hereinafter "Sky Fitness") ran a business at 1501 Busch Parkway, Cook County, Illinois.

4. Defendant, Busch Parkway derives substantial revenue from maintaining and running a spa which includes massages.

5. Defendant, Sky Fitness derives substantial revenue from maintaining and running a spa which includes massages.

6. On May 26, 2023, Plaintiff, Karyna Larchanka, was an invitee at Defendants', 1501 Busch Parkway, LLC., and Sky Fitness Cafe, Inc., place of business for a massage.

7. Venue is proper in Cook County, Illinois as both Defendants do business and are residents of Cook County, Illinois.

8. Venue is proper in Cook County, Illinois, since said incident occurred at Defendants' place of business in Cook County, Illinois.

**FACTUAL ALLEGATIONS**

9. On or about May 26, 2023, M.S. was an employee, agent, and/or apparent agent of the Defendants, 1501 Busch Parkway, LLC., and Sky Fitness Cafe, Inc., who performed massages at the stated address.

10. That all acts performed by M.S., were in the course and scope of his employment for Defendants, 1501 Busch Parkway, LLC., and Sky Fitness Cafe, Inc.

11. On or about May 26, 2023, Plaintiff, Karyna Larchanka, was an invitee of said Defendants when M.S. performed a message on Plaintiff, Karyna Larchanka.

12. That during said message on May 26, 2023, M.S. sexually molested Plaintiff, Karyna Larchanka.

2

13. On information and belief M.S. had sexually molested other patrons of the Defendants, and sexually molested other persons in the past.

14. On information and belief, M.S. had been charged with sex offenses which should have been discovered by Defendants.

## COUNT I

### Plaintiff v. Defendant

### (Negligence against Defendant 1501 Busch Parkway, LLC.)

15. Plaintiff hereby restates and incorporates by reference each and every allegation contained in paragraphs 1 through 14 as if fully set forth herein.

16. Defendant, 1501 Busch Parkway, LLC., owed a duty to Plaintiff, Karyna Larchanka, and other invitees and patrons to provide Plaintiff and others with a safe place to have a message.

17. Defendant, 1501 Busch Parkway, LLC., knew or in the exercise of due care should have known that said premises was not a reasonably safe place for a message, was unreasonably dangerous and would create a foreseeable and unreasonable risk of harm to Plaintiff, other invitees, and patrons.

18. Defendant, 1501 Busch Parkway, LLC., had a duty to properly screen, vet, and investigate M.S. before hiring M.S. to perform messages.

19. Defendant, 1501 Busch Parkway, LLC., had a duty to run a background check on M.S. before allowing him to message Plaintiff, other invitees, and patrons.

20. Defendant, 1501 Busch Parkway, LLC., had a duty to take action, to fire M.S. when Defendant knew from other invitees and patrons, or failed to investigate through complaints of

3

other invitees and patrons that M.S. had sexually molested other individuals.

21. Defendant, 1501 Busch Parkway, LLC., had a duty to notify and warn Plaintiff, Karyna Larchanka, other invitees, and patrons about their unreasonably dangerous premises in that they knew or should have known that M.S. had sexually molested other invitees and patrons.

22. Defendant, 1501 Busch Parkway, LLC., breached above said duties which resulted in the sexual molestation to Plaintiff, Karyna Larchanka, which caused emotional, mental, and physical injuries, and damages to wit.

23. Defendant, 1501 Busch Parkway, LLC., was negligent in the following manner:

    a. Failed to do a background check on its masseuses;

    b. Failed to do a background check on M.S.;

    c. Failed to fire M.S. when it knew or should have known that he had sexually molested other individuals;

    d. Failed to adequately investigate complaints about M.S. sexually molesting invitees and patrons, when they knew or should have known that said invitees and patrons had complained about prior instances of molestation;

    e. Failed to notify and warn Plaintiff, other invitees, and patrons, about prior acts of sexual molestation during messages;

    f. Ignored and covered up any prior allegations of sexual molestation during messages;

    g. Failed to take adequate precautions in investigating the character of M.S. before allowing him to message patrons;

    h. Failed to adequately train M.S. to perform messages in a safe manner;

    i. Failed to adequately monitor M.S. to perform messages in a safe manner;

FILED DATE: 5/22/2025 5:09 PM 2025L006694

4

24. That as a direct and proximate result of the negligent acts or omissions to act which was a breach of the duty of Defendant, 1501 Busch Parkway, LLC., Plaintiff received permanent, serious, and disabling mental, emotional, physical injuries, and damages that will affect her for the rest of her life.

25. That as a direct and proximate result of the aforesaid acts by Defendant, Plaintiff, Karyna Larchanka, incurred medical and therapy expenses which will continue into the future.

26. That as a direct and proximate result of Defendant's acts and omissions of negligence, Plaintiff suffered loss of enjoyment of life and lost earnings which will continue into the future.

WHEREFORE, Plaintiff, Karyna Larchanka, demands judgment against Defendant, 1501 Busch Parkway, LLC., for all injuries and damages alleged above including damages for bodily injury, mental anguish, emotional distress, pain and suffering, medical and therapy bills, lost earnings, loss of enjoyment of life, for cost and interest and any such further relief as the Court deems just and proper.

## COUNT II

**Plaintiff v. Defendant**

**(Negligence against Defendant Sky Fitness Cafe, Inc.)**

27. Plaintiff hereby restates and incorporates by reference each and every allegation contained in paragraphs 1 through 26 as if fully set forth herein.

28. Defendant, Sky Fitness Cafe, Inc., owed a duty to Plaintiff, Karyna Larchanka, and other invitees and patrons to provide Plaintiff and others with a safe place to have a message.

29. Defendant, Sky Fitness Cafe, Inc., knew or in the exercise of due care should have

5

known that said premises was not a reasonably safe place for a message, was unreasonably dangerous and would create a foreseeable and unreasonable risk of harm to Plaintiff, other invitees, and patrons.

30. Defendant, Sky Fitness Cafe, Inc., had a duty to properly screen, vet, and investigate M.S., before hiring him to perform messages.

31. Defendant, Sky Fitness Cafe, Inc., had a duty to run a background check on M.S., before allowing him to message Plaintiff, other invitees, and patrons.

32. Defendant, Sky Fitness Cafe, Inc., had a duty to take action to fire M.S., when Defendant knew from other invitees and patrons, or failed to investigate through complaints of other invitees and patrons that M.S. had sexually molested other individuals.

33. Defendant, Sky Fitness Cafe, Inc., had a duty to notify and warn Plaintiff, Karyna Larchanka, other invitees, and patrons about their unreasonably dangerous premises in that they knew or should have known that M.S. had sexually molested other invitees and patrons.

34. Defendant, Sky Fitness Cafe, Inc., breached above said duties which resulted in the sexual molestation to Plaintiff, Karyna Larchanka, which caused emotional, mental, and physical injuries and damages to wit.

35. Defendant, Sky Fitness Cafe, Inc., was negligent in the following manner:

   a. Failed to do a background check on its masseuses;

   b. Failed to do a background check on M.S.;

   c. Failed to fire M.S., when it knew or should have known that he had sexually molested other individuals;

   d. Failed to adequately investigate complaints about M.S. sexually molesting invitees and patrons, when they knew or should have known that said invitees and

6

patrons had complained about prior instances of molestation;

e. Failed to notify and warn Plaintiff, other invitees, and patrons, about prior acts of sexual molestation during messages;

f. Ignored and covered up any prior allegations of sexual molestation during messages;

g. Failed to take adequate precautions in investigating the character of M.S. before allowing him to message patrons;

h. Failed to adequately train M.S. to perform messages in a safe manner;

i. Failed to adequately monitor M.S. to perform messages in a safe manner;

36. That as a direct and proximate result of the negligent acts or omissions to act, which was a breach of the duty of Defendant, Sky Fitness Cafe, Inc., Plaintiff received permanent, serious, and disabling mental, emotional, and physical injuries and damages that will affect her for the rest of her life.

37. That as a direct and proximate result of the aforesaid acts by Defendant's, Plaintiff, Karyna Larchanka, incurred medical and therapy expenses which will continue into the future.

38. That as a direct and proximate result of Defendant's acts and omissions of negligence, Plaintiff suffered loss of enjoyment of life and lost earnings which will continue into the future.

WHEREFORE, Plaintiff, Karyna Larchanka, demands judgment against Defendant, Sky Fitness Cafe, Inc., for all injuries and damages alleged above including damages for bodily injury, mental anguish, emotional distress, pain and suffering, medical and therapy bills, lost earnings, loss of enjoyment of life, for cost and interest and any such further relief as the Court deems just and proper.

FILED DATE: 5/22/2025 5:09 PM    2025L006694

**PLAINTIFFS REQUESTS TRIAL BY JURY.**

Dated: May 22, 2025.                              Respectfully submitted

*/s/ David A. Nester*
David A. Nester # 6191863
Morgan & Morgan, P.A.
200 N. Broadway, Suite 720
St. Louis, MO 63102
Tel: (314) 252-7219
Fax: (314) 252-7269
Email: david.nester@forthepeople.com
          pdasgupta@forthepeople.com
          madison.obrien@forthepeople.com
**ATTORNEY FOR PLAINTIFF**

FILED
5/22/2025 5:09 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L006694
Calendar, B
32833559

FILED DATE: 5/22/2025 5:09 PM   2025L006694

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| **KARYNA LARCHANKA** )<br>)<br>**Plaintiffs**, )<br>)<br>v. )<br>)<br>**1501 BUSCH PARKWAY, LLC.** )<br>)<br>Serve: Serge Biberman )<br>2 Northfield PLZ STE 201 )<br>Northfield, IL 60093-1217 )<br>)<br>and )<br>)<br>**SKY FITNESS CAFE, INC.** )<br>)<br>Serve: Serge Biberman )<br>2 Northfield PLZ STE 201 )<br>Northfield, IL 60093-1217 )<br>)<br>**Defendants.** ) | Cause No.: 2025L006694<br><br>**JURY TRIAL DEMANDED** |

## JURY DEMAND

COMES NOW Plaintiff, Karyna Larchanka, by and through the undersigned counsel David A. Nester, of Morgan and Morgan and hereby demand trial by a jury of twelve.

Dated: May 22, 2025,

1

FILED DATE: 5/22/2025 5:09 PM   2025L006694

2

        Respectfully submitted

        */s/ David A. Nester*
        David A. Nester # 6191863
        Morgan & Morgan, P.A.
        200 N. Broadway, Suite 720
        St. Louis, MO 63102
        Tel: (314) 252-7219
        Fax: (314) 252-7269
        Email: david.nester@forthepeople.com
               pdasgupta@forthepeople.com
               madison.obrien@forthepeople.com
        **ATTORNEY FOR PLAINTIFF**

2

FILED
5/22/2025 5:09 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L006694
Calendar, B
32833559

FILED DATE: 5/22/2025 5:09 PM  2025L006694

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | |
|---|---|
| KARYNA LARCHANKA | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Cause No.: 2025L006694 |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| 1501 BUSCH PARKWAY, LLC. | ) |
| | ) |
| Serve: Serge Biberman | ) |
| 2 Northfield PLZ STE 201 | ) |
| Northfield, IL 60093-1217 | ) |
| | ) |
| and | ) |
| | ) |
| SKY FITNESS CAFE, INC. | ) |
| | ) |
| Serve: Serge Biberman | ) |
| 2 Northfield PLZ STE 201 | ) |
| Northfield, IL 60093-1217 | ) |
| | ) |
| **Defendants.** | ) |

## Affidavit

This affidavit is made pursuant to Supreme Court Rule 222(b). Under the penalties of perjury as provided by §1-109 of the Codes of Civil Procedure, the undersigned certifies that the money damages sought by the plaintiff herein does exceed $50,000.00.

1

FILED DATE: 5/22/2025 5:09 PM   2025L006694

        Respectfully submitted

        */s/ David A. Nester*
        David A. Nester # 6191863
        Morgan & Morgan, P.A.
        200 N. Broadway, Suite 720
        St. Louis, MO 63102
        Tel: (314) 252-7219
        Fax: (314) 252-7269
        Email: david.nester@forthepeople.com
               pdasgupta@forthepeople.com
               madison.obrien@forthepeople.com
        **ATTORNEY FOR PLAINTIFF**

2